UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CR-00122-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| BRUCE WAYNE LORETTE ) | |
| ) | |

Having fully considered the government's motion to seal, it is DENIED. Pursuant to Local Criminal Rule 55.2, the proposed sealed document will not be considered by the court.

This 31 January 2013.

_____
W. Earl Britt
Senior U.S. District Judge